| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| BARBARA A. TERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:18-CV-00128 |
| *versus* | § | |
| | § | |
| CHRISTOPHER CARTER, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. The court has received and considered the Report and Recommendation of the magistrate judge (Doc. No. 49), which recommends granting Defendant Texas Department of Criminal Justice's ("TDCJ") "Motion for Summary Judgment" (Doc. No. 47) and dismissing Terry's remaining claims against the named Defendants because plaintiffs cannot recover against employees in their individual capacities under Title VII. Neither party has filed objections to the magistrate judge's Report and Recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's Report and Recommendation (Doc. No. 49) is **ADOPTED**; TDCJ's "Motion for Summary Judgment" (Doc. No. 47) is **GRANTED**. It is further **ORDERED** that Terry's remaining claims against Defendants in their individual capacities are **DISMISSED**.

Accordingly, the above case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs of court. The Clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 10th day of March, 2021.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE